IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARWIN HART-JONES,**<br><br>Petitioner,<br><br>v.<br><br>**THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, et al.,**<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 21-5286-KSM** |

## ORDER

**AND NOW**, this 21st day of February, 2025, upon consideration of Petitioner Darwin Hart-Jones' Petition for Writ of Habeas Corpus (Doc. No. 1), the Commonwealth's opposition brief (Doc. No. 13), the Report and Recommendation of the Honorable Elizabeth T. Hey ("R&R") (Doc. No. 20), and Petitioner's Objections to the R&R (Doc. No. 27), it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.[1]

---

[1] As the Court explains in the accompanying Memorandum, because jurists of reason would not debate the procedural or substantive dispositions of Petitioner's claims, no certificate of appealability should be granted. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. . . .  When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.").

2

      4.      The Clerk of Court shall mark this case closed.

**IT IS SO ORDERED.**

                                                           */s/ Karen Spencer Marston*

                                                           KAREN SPENCER MARSTON, J.